## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 111 WAL 2016
   :
           Respondent   :
   :   Petition for Allowance of Appeal from
   :   the Order of the Superior Court
           v.   :
   :
   :
RICHARD WOODWARD,   :
   :
           Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.